United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                                    Case No. 2:18-mj-614

Joseph Michael   Bragg

COURTROOM MINUTES
Initial Appearance

| U.S. Magistrate Judge Kimberly A. Jolson | | Date:   August 20, 2018 @ 1:30 p.m. | |
|---|---|---|---|
| Deputy Clerk | Jessica Rector | Counsel for Govt: | Jessica Knight |
| Court Reporter | CourtSmart | Counsel for Deft(s): | Laura Byrom |
| Interpreter | | Pretrial/Probation: | |
| Log In | 1:42 p.m. | Log Out | 1:45 p.m. |

Defendant was arrested Friday night and is being held at the County jail.

Defendant did not appear for the hearing.   He has refused to leave the jail.

The Federal Public Defender's Office is temporarily appointed to represent defendant, contingent on defendant filling out a financial affidavit.

The hearing is continued to 8/21/18 @ 3:00 p.m.