**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**Case No. 2:18-mj-614**
**v.**                                    **Magistrate Judge Jolson**

**JOSEPH MICHAEL BRAGG,**

**Defendant.**

## ORDER

Defendant was scheduled to appear on August 20, 2018 at 1:30 p.m. for an initial appearance. Defendant has refused to leave the county jail to appear in this Court. This matter is currently scheduled for an initial appearance on August 21, 2018 at 2:00 p.m. The United States Marshal Service is authorized to use the force necessary to transport Defendant to the Court for his initial appearance.

IT IS SO ORDERED

Date: August 21, 2018          /s/Kimberly A. Jolson
                               KIMBERLY A. JOLSON
                               UNITED STATES MAGISTRATE JUDGE