United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                                    Case No. 2:18-mj-614

Joseph Michael Bragg


COURTROOM MINUTES
Initial Appearance

| U.S. Magistrate Judge Kimberly A. Jolson | | Date:   August 21, 2018 @ 2:00 p.m. | |
|---|---|---|---|
| Deputy Clerk | Jessica Rector | Counsel for Govt: | Jessica Knight |
| Court Reporter | CourtSmart | Counsel for Deft(s): | Deborah Williams |
| Interpreter | | Pretrial/Probation: | |
| Log In | 2:05 p.m. | Log Out | 2:20 p.m. |

Defendant would not identify himself and did not respond to any questions asked by the judge.

Defendant advised of rights, charges, and penalties.

The Federal Public Defender was appointed temporarily.   That appointment is continued.   At some point the defendant will be required to fill out a financial affidavit.

Government seeks detention.

Preliminary Exam set for 9/4/18 @ 2:00 p.m.

Detention Hearing set for 8/23/18 @ 2:30 p.m.

Defense counsel moved for a competency evaluation.   They are ordered to file a motion some time today.   The government will respond by 8/22/18.

Defendant remanded to USMS.