**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


**United States of America**

          **vs**                                      **Case No.   2:18-mj-614**

**Joseph Michael Bragg,**

### ORDER

    **IT IS ORDERED** that the Federal Public Defender is appointed in this case to represent **Joseph Michael Bragg.**

    The Federal Public Defender is reminded of counsel's obligation to report significant changes in defendant's employment or financial circumstances sufficient to enable defendant to pay, in whole or in part, for legal representation. *CJA Plan*, Part V(D)(2).



   August 21, 2018                   /s/ Kimberly A. Jolson
Date                                United States Magistrate Judge