**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


**United States of America**

**N O T I C E**

vs

**Case Number 2:18-mj-614**
**Magistrate Judge Kimberly A. Jolson**

**Joseph Michael Bragg**


**[ X ]**    **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:


Place: Joseph P Kinneary U.S. Courthouse
      85 Marconi Boulevard, Rm 228      **April 29, 2019 @ 2:00 p.m**.
      Columbus, Ohio   43215


Type of Proceeding:   **COMPETENCY HEARING**


      Kimberly A. Jolson
      United States Magistrate Judge
      (614) 719-3470


*s/Jessica Rector*
Date:   April 17, 2019      (By) Jessica Rector/Courtroom Deputy
      (614) 719-3026


To:
      See electronic notice for counsel served

      Please call Jessica Rector (614-719-3026) if any counsel or parties have been omitted.