**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


**United States of America**

                                    **N O T I C E**

        vs

                                 **Case Number 2:18-mj-614**
                                 **Magistrate Judge Kimberly A. Jolson**

**Joseph Michael Bragg**


**[ X ]**    **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:


Place: Joseph P Kinneary U.S. Courthouse
        85 Marconi Boulevard, Rm 228        **June 17, 2019 @ 2:00 p.m**.
        Columbus, Ohio   43215


Type of Proceeding:   **COMPETENCY HEARING**


                              Kimberly A. Jolson
                              United States Magistrate Judge
                              (614) 719-3470


                             *s/Jessica Rector*
Date:   April 24, 2019          (By) Jessica Rector/Courtroom Deputy
                              (614) 719-3026


To:

        See electronic notice for counsel served

        Please call Jessica Rector (614-719-3026) if any counsel or parties have been omitted.