## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**UNITED STATES OF AMERICA,**

          **Plaintiff,**

**v.**

**JOSEPH MICHAEL BRAGG,**

          **Defendant.**

**Case No. 2:18-MJ-00614-KAJ**

**Magistrate Judge Jolson**

## ORDER

This case is currently set for a competency hearing on June 17, 2019.  The parties shall file any exhibit or witness list by June 10, 2019.

IT IS SO ORDERED.


Date: May 31, 2019          /s/Kimbery A. Jolson
                                 KIMBERLY A. JOLSON
                                 UNITED STATES MAGISTRATE JUDGE