**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:18-mj-614 |
| vs. | : | MAGISTRATE JOLSON |
| JOSEPH MICHAEL BRAGG, | : | |
| Defendant. | : | |

_____

**MOTION TO EXTEND TIME FOR INDICTMENT**
_____

Undersigned counsel for Joseph Bragg and undersigned counsel for the United States hereby move to extend the time for indictment, for a period of 30 days, to allow additional time to discuss the possibility of a pre-indictment resolution in this case.

An Order granted pursuant to this motion would best serve the interests of justice and the time would be excludable pursuant to 18 U.S.C. §3161(h)(1)(A).

1

DATED this 6th day of June, 2019.

Respectfully submitted,

DEBORAH L. WILLIAMS
FEDERAL PUBLIC DEFENDER


 /s/ Deborah L. Williams
Deborah L. Williams (AZ 010537)
Federal Public Defender
10 West Broad Street, Suite 1020
Columbus, Ohio   43215-3469
(614) 469-2999
deborah_williams@fd.org

Attorney for Joseph Bragg


BENJAMIN C. GLASSMAN
UNITED STATES ATTORNEY


/s/ Jessica W. Knight
Jessica W. Knight (OH 0086615)
Asst. United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, OH   43215
(614) 469-5715
Jessica.Knight@usdoj.gov

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the Motion to Extent Time for Indictment was electronically served upon Jessica Knight, Assistant United States Attorney, Office of the United States Attorney, 303 Marconi Blvd., Suite 200, Columbus, Ohio 43215, this 6th day of June, 2019.

　/s/ Deborah L. Williams
Deborah L. Williams   (AZ 010537)
Federal Public Defender

3