**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Case No: 2:18-MJ-614** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **JOSEPH MICHAEL BRAGG** | **:** | **MAGISTRATE JUDGE JOLSON** |
| | **:** | |

**ORDER**

Upon joint motion of the parties, and for the reasons set forth in the parties' joint motion, the Court hereby finds that there is good cause shown to grant an extension of time in which to return an Indictment or file an Information, that the extension would best serve the interests of justice and that the time would be excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).  Accordingly, the Court hereby GRANTS an extension to July 8, 2019, in which to return an Indictment or Information pursuant to 18 U.S.C. § 3161(b).


June 6, 2019                                                          s/Kimberly A. Jolson
Date                                                                     KIMBERLY A. JOLSON
                                                                            United States Magistrate Judge