**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | **:** | |
| PLAINTIFF, | **:** | Case No. 2:18-mj-614 |
| v. | | Chief Magistrate Judge Elizabeth P. Deavers |
| | **:** | |
| JOSEPH MICHAEL BRAGG, | **:** | |
| DEFENDANT. | **:** | |

## ORDER

Upon joint motion, the Court hereby finds that there is good cause shown to grant an extension of time to return an Indictment or file an Information.  The parties are in agreement that a brief extension would permit them time to negotiate.  The ends of justice served by the granting of a continuance outweigh the best interests of the public and the defendant in a speedy trial.  A finding of good cause creates excludable time which is consistent with 18 U.S.C. § 3161(h)(7)(A).  Accordingly, the Court **GRANTS** an extension to **AUGUST 7, 2019**, in which to return an Indictment or Information pursuant to 18 U.S.C. § 3161(b).

**IT IS SO ORDERED.**

DATE: June 26, 2019

_/s/  Elizabeth A. Preston Deavers_
**ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE**