# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

United States of America,
       Plaintiff,

              v.

Joseph Michael Bragg,
       Defendant.

Case No. 2:19cr156
Judge Michael H. Watson

## CRIMINAL MINUTES before
### United States District Judge Michael H. Watson

**Courtroom Deputy:** Jennifer Kacsor
**Court Reporter:** Lahana DuFour
**Date:** July 22, 2019 **Time:** Commenced _10:30_ Concluded _10:55_ Total _25 mins._

**United States Attorney:** ___Jessica Knight___ **Defendant Attorney:** ___Deb Williams___

*Arraignment:* [ ] Indictment   or   [✓] Information;
                    Count(s)_1, 2_
[✓] Counsel present.
[✓] Defendant sworn.
[✓] Defendant informed of his / her rights / questioned regarding competency.
[✓] Waiver of Indictment Filed in open court.
[✓] Defendant provided copy of charging document.
[ ] AUSA _____ summarizes Plea Agreement.
[ ] SA _____ reads Statement of Facts. (Agent Sworn) *Attachment A to plea*

Defendant waives reading of: [ ] Indict    [ ] Info    **or**    [ ] Indict Read    [ ] Info Read
Defendant pleads:    [ ] NOT GUILTY to Count(s)_____ of Indictment / Information
                [✓] GUILTY to Count(s) _1, 2_ of Indictment / (Information)
[✓] Court Accepts Defendant's Plea of Guilty.
[✓] PSI ordered by Court.
[ ] Sentencing set for _____    **or**    [✓] Pursuant to Court's Receipt of PSI.

*Bond*
[✓] Defendant currently in custody  **or**  [ ] Defendant currently on bond.
[ ] Plaintiff / Defendant moves to modify bond.
[ ] Arguments heard.
[ ] Defendant to be detained    **or**    [ ] to remain detained.
[ ] Defendant's bond to be modified as follows:

[ ] OR  [ ] Secured with

Conditions of Release: [ ] Electronic Monitor [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify [ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to
_____ [ ] _____ [ ] _____
[ ] _____ [ ] _____

Remarks:
[ ] Matter awaiting initial PSI transmittal.