AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2 : 19 cr 156 |
| Joseph Michael Bragg | ) | |
| | ) | Judge Watson |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 7-22-19

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Deborah Williams
*Printed name of defendant's attorney*

_____
*Judge's signature*

Michael H. Watson, U.S. District Judge
*Judge's printed name and title*