# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## PRESENTENCE REFERRAL

AUSA: Jessica Knight

DEFENSE ATTORNEY: Deb Williams

Defendant: Joseph Bragg

Case Number: 2:19 CR 156

Offense: Transmitting a Threat in Interstate Commerce
Influencing a federal Official by Threat

Counts: 1 & 2

Conviction on:
[ ] Jury Verdict
[ ] Court Decision
[X] Guilty Plea at Arraignment
[ ] Change of Plea to Guilty

Custody Status
[X] Federal
[ ] State
[ ] Bond
[ ] Other