**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:19-CR-156 |
| vs. | : | |
| | | JUDGE MICHAEL WATSON |
| JOSEPH MICHAEL BRAGG, | : | |
| Defendant. | : | |

**DEFENDANT'S MOTION TO CONTINUE PRESENTENCE OBJECTIONS**

JOSEPH BRAGG, by and through undersigned counsel, requests leave of Court to continue his deadline for filing presentence objections to Friday, September 20, 2019.  The report contains a number of unexpected enhancements and counsel was unable to meet with her client, who has been moved to Butler Co. Jail, to discuss the report until last week.  Counsel has not been able to meet with the probation officer until this week.

Respectfully submitted this 16th day of September, 2019.

DEBORAH L. WILLIAMS
FEDERAL PUBLIC DEFENDER

  /s/Deborah L. Williams
Deborah L. Williams (AZ 010537)
Federal Public Defender
Federal Public Defender's Office
10 West Broad Street, Suite 1020
Columbus, Ohio  43215-3469
(614) 469-2999
deborah_Williams@fd.org

Counsel for Joseph Bragg

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the Defendant's Sentencing Memorandum  was

electronically served upon Assistant United States Attorney Jessica Knight, Office of the United

States Attorney, 303 Marconi Blvd., Suite 200, Columbus, Ohio, on the date of the filing.

/s/ *Deborah L. Williams*
Federal Public Defender
Counsel foe Kenneth Combs

2