**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

United States of America,

       Plaintiff,

       v.                          Case No.  2:19cr156

Joseph Michael Bragg,             Judge Michael H. Watson

       Defendant.

## ORDER

The Court hereby **GRANTS** the Defendant's motion to extend the time to file the final presentence objections, ECF No. 36.  Objections to the initial presentence report are due by September 20, 2019.

       **IT IS SO ORDERED.**

                       s/Michael H. Watson
                       Michael H. Watson, Judge
                       United States District Court