**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

**-v-**                                                                       **Case No. 2:19-cr-156**

**JOSEPH MICHAEL BRAGG,**
        **Defendant.**

## NOTICE OF SENTENCING HEARING

**TAKE NOTICE** that a **Sentencing Hearing** in the above captioned case is **SCHEDULED** for **THURSDAY, JANUARY 9, 2020 at 2:00 p.m.** This hearing will be held before the **Honorable Michael H. Watson**, United States District Judge in **Courtroom No. 3**, Joseph P. Kinneary Courthouse, Columbus, Ohio.

### I. Sentencing Memoranda

The Defendant **and** the Government shall each file a written Sentencing Memorandum at least **two weeks** before the Sentencing Hearing.  The Sentencing Memoranda shall address in detail: (a) any unresolved objections to the Presentence Investigation Report; (b) the statutory sentencing factors; and (c) any proposed variances from the Guidelines sentencing range.

At least **one week** before the Sentencing Hearing, the parties shall file written responses to the opposing party's Sentencing Memoranda to the extent the Sentencing Memoranda conflict.

All Sentencing Memoranda and responses shall cite the applicable statutes, Guidelines provisions, and case law.  **Failure to follow these procedures may result in a waiver of objections or legal arguments.**

### II. Continuance of Sentencing Hearing

Leave of Court must be obtained before filing a motion to continue the Sentencing Hearing, unless the continuance is sought on the basis of a personal or family emergency.

Leave must be requested in person after notification of opposing counsel by making an appointment with Judge Watson.  Continuances of Sentencing Hearings will be granted only upon written motion filed after obtaining leave, and the Court will **not** grant any continuance on an informal basis.  The written motion for a continuance of the Sentencing Hearing must be filed within **three days** after obtaining leave of Court.

Leave to file a motion to continue a Sentencing Hearing on the basis of a scheduling conflict must be sought **within one week** after the date of this Notice. The Court will not continue a Sentencing Hearing on the basis of conflicts with proceedings in other courts that arise after the date of this Notice.  The Court will generally defer to previously scheduled Federal Court proceedings.  The Court will defer to previously scheduled State Court proceedings on a case-by-case basis.

Leave to file a motion to continue a Sentencing Hearing for any reason other than a scheduling conflict must be sought **at least ten days** before the Sentencing Hearing, using the same procedure outlined above.  Failure to follow these procedures will result in automatic denial of the request for continuance.

Dated: October 15, 2019

**MICHAEL H. WATSON**
**UNITED STATES DISTRICT JUDGE**

By: Jennifer Kacsor, Courtroom Deputy

cc: **Probation**
    **Pretrial**