**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

United States of America,

      Plaintiff,

v.                                  Case No. 2:19cr156

Joseph Michael Bragg,                Judge Michael H. Watson

      Defendant.

## ORDER

This matter is before the Court on the Defendant's Motion to Expedite the Sentencing (Doc. 42).  Defendant has been in custody since approximately August 17, 2018.  For good cause shown, the Sentencing is **RESCHEDULED** for Monday, June 29, 2020 at 2:00 p.m.

      IT IS SO ORDERED.

**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**