**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

UNITED STATES OF AMERICA,        :

        Plaintiff,            :        **Case No.    2:19-CR-156**

        vs.              :

**JOSEPH MICHAEL BRAGG,**      :

        Defendant.          :

## WAIVER OF RIGHTS RELATED TO SENTENCING HEARING CONDUCTED BY VIDEO/TELEPHONIC CONFERENCE

JOSEPH BRAGG understands that, under Federal Rule of Criminal Procedure 43 and the Constitution, he/she may have the right to be physically present at his/her sentencing. Defendant understands that right and voluntarily agrees to waive that right and proceed by video/telephonic conference.

Defendant understands that ordinarily he/she would have the right to have his/her attorney physically present with him/her during this proceeding.  Defendant understands, however, that given the circumstances presented by the coronavirus pandemic, his/her attorney will not be physically present with him/her but will be present by video/telephonic conference. Defendant understands the right to have his/her attorney physically present with him/her for this proceeding and voluntarily agrees to waive that right and proceed with his/her attorney present by video/telephonic conference.

Defendant also understands that because of technological limitations he/she will need to inform the Court if he/she wishes to be able to confer with his/her attorney during this

proceeding and he/she agrees to inform the Court of that by requesting orally that he/she be allowed to do so.

Defendant understands that ordinarily he/she may have the right to have an interpreter physically present with him/her during this proceeding.  Defendant understands, however, that given the circumstances presented by the coronavirus pandemic, an interpreter will not be physically present with him/her but will be present by video/telephonic conference.

Defendant voluntarily agrees to waive the right to have an interpreter physically present and proceed with the interpreter present by video/telephonic conference.

DATED this 27th day of May, 2020.

Signature: _____

Name: _Joseph Bragg_
DEFENDANT

Signature: _Deborah Williams_

Name:    Deborah L. Williams
            Attorney for Joseph Bragg