**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

UNITED STATES OF AMERICA,        :

           Plaintiff,      :      Case No. 2:19-CR-156

      vs.                :      JUDGE MICHAEL H. WATSON

JOSEPH BRAGG,          :

           Defendant.    :

---

**MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

---

JOSEPH BRAGG, by and through undersigned counsel, respectfully requests this Court for early termination of his supervised release pursuant to 18 USC §3583(e). That section allows for termination of supervision "at any time after the expiration of one year of supervised release" if the Court "is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." Mr. Bragg has completed slightly more than 27 months of his 36-month supervised release term, paid his special assessment, and has satisfied all requirements imposed by this Court and Probation. <u>AUSA Jessica Knight and USPO Brent Willoughby are in agreement and have no objection to this request</u>.

Mr. Bragg was convicted of Transmitting a Threat in Interstate Commerce and Influencing a Federal Official by Threat pursuant to 18 U.S.C. §§875(c) and 115(a)(1)(B). On June 29, 2020, he was sentenced to time served plus three years of supervised release.

1

Since he began supervised release on June 29, 2020, Mr. Bragg has had only a few minor incidents.   In mid-2020 he participated in mental health services following an incident at a bar and an arrest for OVI.   (That arrest resulted in a misdemeanor conviction for Physical Control.) He was successfully discharged from the mental health services in October 2021.   In early 2022 he had one positive marijuana test (all other drug screens have been negative).   None of these incidents resulted in the filing of violation petitions.

Throughout his supervision Mr. Bragg has maintained steady employment.   He has been working in construction since before his arrest, and currently he is working with V Build It.   He has paid his special assessment, he has continued to check in with probation, and he has no outstanding obligations.   His father still lives in Fairfield County, and Mr. Bragg checks in with him and assists with caring for his property when needed.   Mr. Bragg has only eight (8) months of supervision remaining.

Mr. Bragg is living a law-abiding life and now requests that his supervision be terminated.

DATED this 21st day of October, 2022.

Respectfully submitted,

DEBORAH L. WILLIAMS
FEDERAL PUBLIC DEFENDER


 /s/ Deborah L. Williams
Deborah L. Williams (AZ 010537)
Federal Public Defender
10 West Broad Street, Suite 1020
Columbus, Ohio   43215-3469
(614) 469-2999
deborah_williams@fd.org

Attorney for Joseph Bragg

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of this Motion was electronically served upon Jessica Knight, Assistant United States Attorney, Office of the United States Attorney, 303 Marconi Blvd., Suite 200, Columbus, Ohio 43215 on the date of filing.

/s/ Deborah L. Williams
Deborah L. Williams   (AZ 010537)
Federal Public Defender